NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUAN MIGUEL SERRANO,                        )
                                            )
        Appellant,                     )
                                            )
v.                                          )       Case No. 2D17-2131
                                            )
ISABEL RIVES RIVES,                         )
                                            )
        Appellees.                     )
_____ )

Opinion filed February 21, 2018.

Appeal from the Circuit Court for Collier
County; Joseph G. Foster, Judge.

Jorge de la Mar of Jorge de la Mar, P.A.,
Miami, for Appellant.

Elizabeth Humann of Law Office of
James W. Chandler, Naples, and Keith
W. Upson of The Upson Law Group, P.L.,
Naples, for Appellee.

PER CURIAM.

        Affirmed.

KELLY, KHOUZAM, and CRENSHAW, JJ., Concur.